UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIANA ALVAREZ, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 2:21-cv-09377-WLS-AS<br><br>**JUDGMENT**<br><br>Honorable Wesley L. Hsu<br>United States District Judge |

In accordance with the Court's Order Regarding United States of America's Motion for Summary Judgment and Motion for Sanctions (Dkt. 80) in which the Court has resolved all claims pending in this action, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment shall be entered in favor of Defendant United States of America on all claims asserted by Plaintiffs Diana Alvarez and Alexandro Villar in this action;

2. Plaintiffs shall take nothing in this action.

3. Defendant shall not recover costs because it did not specify its costs request in its Motion for Summary Judgment or its Motion for Sanctions. *See, e.g., Myers for Myers v. United States*, No. 02CV1349-BEN (AJB), 2009 WL 10666383, at *1 (S.D. Cal. July 16, 2009) (exercising the Court's discretion to deny costs to the United States).

DATED: August 15, 2023

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1